*Morris* for the United States.

No. 226. MANHATTAN GENERAL EQUIPMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 227. COLLIER SERVICE CORP. *v.* SAME. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Laurence Graves, Samuel H. Kaufman, Emil Weitzner,* and *Brode B. Davis* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Arnold Raum* for respondent.

No. 265. UNITED STATES *v.* ATKINSON. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Reed* for the United States. *Messrs. Warren E. Miller, Thornton Hardie,* and *A. H. Culwell* for respondent.

No. 272. UNITED STATES *v.* RIZZO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Reed* for the United States. *Messrs. Louis Halle, Milton P. Kroopp,* and *Samuel I. Kessler* for respondent.

No. 301. BROWN ET AL. *v.* MISSISSIPPI. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Mississippi granted. *Messrs. J. Morgan Stevens* and